No. 475. Southern California Edison Co. *v.* Railroad Commission of California et al. Jurisdictional statement submitted January 13, 1930. Decided January 20, 1930. *Per Curiam:* The appeal is dismissed on the authority of § 237 (a) of the Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction on the ground that the judgment sought to be reviewed is not a final one. *Grays Harbor Logging Company* v. *Coats-Fordney Logging Company,* 243 U. S. 251. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the Act of February 13, 1925 (c. 229, 43 Stat. 936, 938), certiorari is denied. *Messrs. W. C. Mullendore* and *Roy V. Reppy* for appellant. *Messrs. Erwin P. Werner, Arthur T. George,* and *Wm. B. Mathews* for appellees.

No. 13, original. Connecticut *v.* Massachusetts. Argued January 20, 1930. Decided January 20, 1930. On consideration of the motions of the complainant to strike out certain parts of the answer of the defendant and to dismiss answer of the defendant, and of the argument of counsel thereupon had,

It is now here ordered by this Court that the said motions be, and they are hereby, denied.

And it is further ordered by this Court that the complainant file its reply to the answer of the defendant within one week from this date. *Messrs. Benedict M. Holden* and *Ernest L. Averill* for complainant. *Mr. Bentley W. Warren* for defendant.